```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GENOVEVA CASTELAN MARQUEZ, et al.

                                Plaintiffs,         22-CV-10558 (JHR)(SN)

        -against-                                   ORDER

MEXICAN TACO RICO CORP., et al.,

                                Defendants.
-----------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

On February 10, 2023, the Honorable Jennifer H. Rearden assigned this matter to my docket for settlement. By February 17, 2023, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:  February 13, 2023
        New York, New York