# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

March 30, 2023



**VIA ECF**
Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: Castelan Marquez et al v. Mexican Taco Rico Corp. et al
Docket No.: 1:22-cv-10558-JHR

Dear Judge Rearden:

This firm represents Plaintiff in the above-referenced matter. I write jointly with defense counsel, to respectfully request an adjournment *sine die* of our initial conference scheduled for April 7, 2023 (Dkt. 27).

The parties are scheduled to hold a mediation session on May 5, 2023.

In the event the parties are unable to settle, we will promptly file a status letter and also provide the Court with our proposed discovery schedule.

Thank you for your time and consideration to this matter.

Respectfully Submitted,

*/s/ Bryan D. Robinson*
Bryan D. Robinson, Esq.

The parties' joint request for an adjournment of the initial pretrial conference scheduled for April 7, 2023, at 1:00 P.M. (ECF No. 32) is GRANTED. The initial pretrial conference is ADJOURNED. By May 31, 2023, the parties shall file a joint letter updating the Court on settlement, and failing a settlement, a proposed Case Management Plan and Scheduling Order. SO ORDERED.

*Jennifer H. Rearden*
April 3, 2023