UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GENOVEVA CASTELAN MARQUEZ, *individually and on behalf of others similarly situated,*

Civil Action No. **22-cv-10558-JHR**

*Plaintiff,*

-against-

**[Proposed Form Of]
JUDGMENT**

MEXICAN TACO RICO CORP. (d/b/a MEXICAN TACO RICO), EL TACO RICO CORP. (d/b/a EL TACO RICO), HILARIO SANCHEZ, and ROSARIO GONZALEZ,

*Defendants.*
-----------------------------------------------------------------X

## JUDGMENT

On September 20, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, GENOVEVA CASTELAN MARQUEZ, have judgment against MEXICAN TACO RICO CORP. (D/B/A MEXICAN TACO RICO), EL TACO RICO CORP. (D/B/A EL TACO RICO), HILARIO SANCHEZ (identified as ILARIO SANCHEZ in the Complaint), and ROSARIO GONZALEZ, jointly and severally, in the amount of Eighty-Two Thousand Dollars and No Cents ($82,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

_____
JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE